1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700          **OK/HAV**

5  Attorney for Defendant
   TEODORO RIVERA-MARTINEZ
6

7
              IN THE UNITED STATES DISTRICT COURT
8
           FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )
11                                 )   Case No. CR.S-05-548-DFL
                  Plaintiff,       )
12                                 )   **STIPULATION AND ORDER**
              v.                   )   DATE: March 2, 2006
13                                 )   TIME: 10:00.a.m.
   TEODORO RIVERA-MARTINEZ,        )   JUDGE: Hon. David F. Levi
14                                 )
                                   )
15                Defendant.       )
                                   )
16 _____

17

18      It is hereby stipulated and agreed to between the United States of

19 America through MICHAEL BECKWITH, Assistant U.S. Attorney, and

20 defendant, TEODORO RIVERA-MARTINEZ, by and though his counsel, RACHELLE

21 BARBOUR, Assistant Federal Defender, that the status conference set for

22 February 16, 2006 be reset for Thursday, March 2, 2006 at 10:00 a.m.

23      This continuance is being requested because the parties need

24 additional time to confer about a proposed plea agreement and

25 investigate this case.

26      Speedy trial time is to be excluded from the date of this order

27 through the date of the status conference set for March 2, 2006,

28 / / /

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 14, 2006            Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Acting Federal Defender

                                    /s/ Rachelle Barbour
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    TEODORO RIVERA-MARTINEZ


                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED: February 14, 2006            /s/ Rachelle Barbour for
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: 2/16/2006


                                    _____
                                    DAVID F. LEVI
                                    United States District Judge