```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814                      OK/HAV
Telephone (916) 498-5700

Attorney for Defendant
TEODORO RIVERA-MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-05-548-DFL |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | DATE: March 9, 2006 |
| | ) | TIME: 10:00.a.m. |
| TEODORO RIVERA-MARTINEZ, | ) | JUDGE: Hon. David F. Levi |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, TEODORO RIVERA-MARTINEZ, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for March 2, 2006 be reset for Thursday, March 9, 2006 at 10:00 a.m.

This continuance is being requested because the parties need additional time to confer about a proposed plea agreement and investigate this case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 9, 2006,

/ / /

1  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
2  prepare] (Local Code T4).
3  DATED: February 27, 2006          Respectfully submitted,

4                                    DANIEL J. BRODERICK
                                     Acting Federal Defender
5

6                                    /s/ Rachelle Barbour
                                     RACHELLE BARBOUR
7                                    Assistant Federal Defender
                                     Attorney for Defendant
8                                    TEODORO RIVERA-MARTINEZ

9

10                                   McGREGOR W. SCOTT
                                     United States Attorney
11

12
    DATED: February 27, 2006         /s/ Rachelle Barbour for
13                                   MICHAEL BECKWITH
                                     Assistant U.S. Attorney
14

15                                  **O R D E R**

16       **IT IS SO ORDERED.**

17  DATED: 3/2/2006

18

19

20                                   _(signature)_

21                                   DAVID F. LEVI
                                     United States District Judge

**2**